In re the Matter of the ESTATE OF James W. KEELER, (Deceased).

Judy Marie KEELER (now Francis), Appellant (Defendant Below),

v.

LaGRANGE COUNTY DEPARTMENT OF PUBLIC WELFARE, Appellee (Plaintiff Below).

No. 3–684 A 164.

Court of Appeals of Indiana, Third District.

June 20, 1985.

---

Kevin L. Likes, Grimm & Grimm, P.C., Auburn, for appellant.

J. Scott Vanderbeck, Richard K. Muntz, P.C., LaGrange, for appellee.

ON PETITION FOR REHEARING

STATON, Presiding Judge.

We grant the petition for rehearing for the sole purpose of clarifying our holding on the issue of the trial court's nunc pro tunc order correcting the docket sheet entry to reflect the correct filing date of the Welfare Department's claim.

The Clerk of the LaGrange Circuit Court has certified that the records of the court contain an original and a duplicate original of the claim. The claim forms are physically attached and one bears an illegible file stamp. The second claim form, what appears to be the duplicate original, bears the faint but legible date of September 14, 1983.

It is thus indisputable that the entry was based on written material contemporaneous with the date of the action described, found in the records of the case, required by law to be kept, showing the action taken. *Stowers v. State* (1977), 266 Ind. 403, 363 N.E.2d 978.

We, therefore, reaffirm our holding in *In Re Estate of Keeler* (1985), Ind.App., 476 N.E.2d 917 that the nunc pro tunc entry was proper. In all other matters our earlier opinion is unchanged.

HOFFMAN and GARRARD, JJ., concur.